UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HELEN JENKINSON,

     Plaintiff,

-vs-                                 CASE NO.:  8:16-cv-01407-CEH-AEP

NAVIENT SOLUTIONS, INC. and
STUDENT ASSISTANCE CORP.,

     Defendants,

_____/

## NOTICE OF SETTLEMENT

     Plaintiff, Helen Jenkinson, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on this 2nd day of May, 2018, via electronic mail to:  Rachel A. Morris, Esq., Sessions Fishman Nathan Israel LLC, 3350 Buschwood Park Drive, Suite 195, Tampa, FL  33618; (ramorris@sessions.legal; sfrederick@sessions.legal); Dayle M. Van Hoose, Esq., Sessions, Fishman, Nathan & Israel, L.L.P., 3350 Buschwood Park Drive, Suite 195, Tampa, FL  33618 (dvanhoose@sessions.legal; evap@sessions.legal).

/s/Frank H. Kerney, III, Esquire
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
snazario@forthepeople.com
*Counsel for Plaintiff*